DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
KELLY PEARSON
Deputy Chief, Organized Crime and Gang Section
CHAD W. MCHENRY
ALEXANDER B. GOTTFRIED
Trial Attorneys, Organized Crime and Gang Section
1301 New York Avenue NW Ste 700
Washington, D.C. 20005
(202) 514-3594
Kelly.Pearson@usdoj.gov
Chad.W.McHenry@usdoj.gov
Alexander.Gottfried@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> v. <br><br> **Taimoor Zaman,** <br><br> Defendant. | Case No. 2:17-cr-306-JCM-VCF-30 <br><br> **Stipulation to Amend Judgment** |

It is stipulated and agreed between the parties, DAVID L. JAFFE, Chief of

the United States Department of Justice Organized Crime and Gang Section,

KELLY PEARSON, Deputy Chief, Organized Crime and Gang Section, and CHAD

W. MCHENRY and ALEXANDER B. GOTTFRIED, Trial Attorneys, Organized

Crime and Gang Section, for the Plaintiff; and Defendant TAIMOOR ZAMAN and

his counsel, CHRIS RASMUSSEN, ESQ., that this Court amend the Judgment pertaining to the above-captioned Defendant to reflect that he shall receive credit for all time spent in-custody awaiting his extradition to the United States.

In support of this stipulation, the parties state as follows:

1.   The Defendant was arrested in the United Kingdom pursuant to the provisional arrest and extradition requests filed there by the United States.  His date of arrest in the United Kingdom was February 7, 2018.

2.   The Defendant has remained in continuous custody since that date, and was held in-custody in the United Kingdom solely on the extradition matter lodged by the United States, and not on any United Kingdom criminal matter.

3.   The parties therefore request that this Court amend its Judgment in the above-captioned case to reflect that this Defendant is entitled to and shall receive custodial credit for the time he has served since February 7, 2018.

**DATED** this 23rd day of September, 2021.

Presented by:                              Agreed:

DAVID L. JAFFE
Chief, U.S. Department of Justice
Organized Crime and Gang Section

*/ s / Chad McHenry*                       */ s / Chris Rasmussen*
_____                    _____
CHAD W. MCHENRY                            CHRIS RASMUSSEN, ESQ.
Trial Attorney                             Counsel for Taimoor Zaman

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**United States of America**,

      Plaintiff,

      v.

**Taimoor Zaman,**

      Defendant.

Case No. 2:17-cr-306-JCM-VCF-30

**Order Amending Judgment**

### ORDER

    Having reviewed the joint stipulation of the parties regarding the amendment of the Court's Judgment in the above-captioned case, and good cause appearing,

    IT ORDERED that the Judgment in the above-captioned case pertaining to the above-captioned Defendant is AMENDED to reflect that he shall receive credit against his custodial sentence for the time he has served since February 7, 2018.

    **DATED** September 23, 2021.


_____
Hon. James C. Mahan
Senior United States District Judge
District of Nevada

3